

**CAREFIRST OF MARYLAND, INC., Appellant,**

v.

**FIRSTHEALTH OF THE CAROLINAS, INC., Appellee.**

**Firsthealth of the Carolinas, Inc., Appellant,**

v.

**Carefirst of Maryland, Inc., Appellee.**

**No. 2006–1127, 2006–1148.**

United States Court of Appeals, Federal Circuit.

Feb. 28, 2006.

ON MOTION

*ORDER*

Upon consideration of CareFirst of Maryland, Inc.'s unopposed motion to dismiss its appeal, 2006–1127,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss 2006–1127 is granted.

(2) Each side shall bear its own costs for 2006–1127.

(3) The revised official caption for 2006–1148 is reflected above.

**In re DEY, L.P., Petitioner.**

**Misc. No. 814.**

United States Court of Appeals, Federal Circuit.

Feb. 28, 2006.

*ORDER*

Upon consideration of the Dey, L.P.'s motion to withdraw its mandamus petition,

IT IS ORDERED THAT:

The motion to withdraw is granted.

**Rufino D. QUILALANG, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2005–3147.**

United States Court of Appeals, Federal Circuit.

March 1, 2006.

Rufino D. Quilalang, pro se.